# EXHIBIT 1

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

| | |
|---|---|
| STANLEY & ZMIRA BATTAT, | CASE NO.:   CACE-21-000260 |
| Plaintiff(s), | |
| vs. | |
| QBE SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |

## COMPLAINT

The Plaintiff(s), Stanley & Zmira Battat, ("Plaintiff"), by and through undersigned counsel, hereby sues the defendant, QBE Specialty Insurance Company ("Defendant"), and in so doing, alleges the following:

1.      This Honorable Court has jurisdiction pursuant to §§ 86.01 and 26.012 Fla. Stat., as the amount in controversy exceeds $50,000.00, and venue is proper as all acts material hereto took place in Broward County, Florida.

2.      The Plaintiff is a resident of the State of Florida, who is over the age of eighteen (18) and is otherwise sui juris.

3.      The Defendant is a Florida corporation that conducts business in Broward County, Florida.

4.      The Defendant issued homeowners' insurance policy number QSN2293202 to the Plaintiff (the "Policy"). The Policy provides insurance coverage for real property owned by the Plaintiff, which is located at 1290 Harbor Court, Hollywood, FL 33019 (the "Property"). The Plaintiff does not a have a true and correct copy of the Policy, which is in the Defendant's possession, custody and control and can be obtained through discovery in this action.

5.     The Policy provides insurance coverage for damage to the Property caused by, *inter alia*, Hurricane Irma, and also provides coverage for replacement of personal property destroyed and/or damaged by a covered loss, and alternative living arrangement expense reimbursement if and when the Property becomes uninhabitable.

6.     At all times material hereto, the Policy was in full force and effect.

7.     At all times material hereto, the Plaintiff was a party to the Policy and an insured of the Defendant.

8.     On or about 9 /10/2017, the Plaintiff suffered covered losses and damages to the property caused at least in part by Hurricane Irma.

9.     After suffering the covered losses to the Property, the Plaintiff made a claim against the Policy, which was assigned claim number 767276N  by the Defendant (the "Claim").

10.     All conditions precedent to the filing and maintenance of this action have been performed, occurred or were otherwise waived.

11.     The Plaintiff has been forced to retain the undersigned counsel and is obligated to pay a reasonable fee thereto.

12.     Pursuant to the Policy and § 627.428 Fla. Stat., the Plaintiff is entitled to recover the reasonable attorneys' fees and costs incurred in this regard from the Defendant.

13.     The Plaintiff provided the Defendant with timely notice of the Claim, and complied with all conditions and obligations imposed by the Policy. Never-the-less, the Defendant breached the Policy by failing to provide necessary reimbursement for covered losses in accordance with the Policy.

14. The Plaintiff received correspondences from the Defendant advising that they found coverage for the claim, however, the amount of damages they estimated did not meet the amount of the deductible; therefore, no payment would be issued.

15.     The Defendant failed to make a full payment for Plaintiff's losses, which are covered by the Policy.

16.     The Defendant has failed to timely evaluate and pay the benefits owed to the Plaintiff under the Policy.

17.     As a direct result of the Defendant's breaches of the Policy, the Plaintiff has been damaged.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter judgment against the Defendant and in so doing, award the Plaintiff the actual damages incurred in this regard, along with pre-judgment and post-judgment interest and the reasonable attorneys' fees and costs incurred in this regard, together with such other and further relief deemed just and fit.

The plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted January 6, 2021.

**GOLD LITIGATION PA**
220 SW 16 St.
Dania Beach, Florida 33004
Phone: (305) 454-2270
Fax: (305) 760-4148
Direct email: nicole@goldlitigation.com
Service Email: filings@goldlitigation.com

By:   __/s/ Nicole Sodano_____
    Nicole Sodano, Esquire
    Fla. Bar No: 98129